UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES OF AMERICA

      -v.-

DIONIS FLORES,

              Defendant.

  :   MISDEMEANOR INFORMATION

  :

  :   08 Cr.

  :

  :   **08 CRIM 802**

  :

- - - - - - - - - - - - - - - - - - X

## COUNT ONE

    The United States Attorney charges:

    1.    In April 2008, in the Southern District of New York and elsewhere, DIONIS FLORES, the defendant, unlawfully, willfully, and knowingly and with intent to defraud did pass, utter, and publish, and attempt to pass, utter, and publish, a Treasury Check of the United States bearing falsely made and forged endorsement and signature, the value of which did not exceed $1,000, to wit, FLORES received and cashed four Treasury Checks of the United States, two of which FLORES falsely endorsed by forging the payee's signature, and two of which FLORES knew to be falsely endorsed when he cashed them.

    (Title 18, United States Code, Sections 510(c) & 2.)

## FORFEITURE ALLEGATION

    2.    As a result of committing the offense alleged in this Information, DIONIS FLORES, the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, constituting or

derived from proceeds obtained directly or indirectly as a result of the offense charged herein, including but not limited to at least $2,000 in United States currency, in that such sum in aggregate is property representing the amount of proceeds obtained by FLORES as a result of the offense.

<u>Substitute Asset Provision</u>

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      (1)   cannot be located upon the exercise of due diligence;

      (2)   has been transferred or sold to, or deposited with, a third person;

      (3)   has been placed beyond the jurisdiction of the Court;

      (4)   has been substantially diminished in value; or

      (5)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981,
Title 28, United States Code, Section 2461, and
Title 18, United States Code, Section 1344.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### DIONIS FLORES,

Defendant.

### MISDEMEANOR INFORMATION

08 Cr.

(18 U.S.C. §§ 510(c) & 2)

MICHAEL J. GARCIA
United States Attorney.