PREET BHARARA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

Date 10/4/12
Docket and File

/s/ Kevin Nathaniel Fox
HON. KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :     AMENDED APPLICATION FOR
                                         WRIT OF GARNISHMENT
    Plaintiff and                   :
    Judgment-Creditor,                    08 CR 0802-01 (KNF)
                                  :
    -v.-                                  Judgment No.: 09,2207
                                  :
DIONIS FLORES,

    Defendant and
    Judgment-Debtor,

    and

RAYMOUR & FLANAGAN FURNITURE,

    Garnishee.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/12

    The United States of America, by and through its attorney, Preet Bharara, United States Attorney for the Southern District of New York, in accordance with 28 U.S.C. § 3205(b)(1), makes application for a Writ of Garnishment upon the judgment entered against defendant Dionis Flores (the "debtor"), whose last known address is 103 Admiral Court, Bronx, NY 10473. The judgment arises out of an order of restitution in the amount of $38,898.00.

    As of July 16, 2012, the balance due on the debt, after crediting the payments made by the debtor's co-defendant, is $34,898.00.

, Demand for payment of the debt was made upon the debtor not less than 30 days from the date of this application, and the debtor has not paid the amount due.

Raymour & Flanagan Furniture (the "Garnishee") is believed to owe or will owe money or property to the debtor, or is in possession of property of the debtor, and the property is a substantial nonexempt interest of the debtor.

The name and address of the Garnishee or its authorized agent is: Raymour & Flanagan Furniture, 7230 Morgan Road, Liverpool, NY 13088, attention: Payroll Department.

The attached Writ of Garnishment satisfies the requirements of 28 U.S.C. § 3205.

Dated: New York, New York
July 17, 2012

                PREET BHARARA
                United States Attorney for the
                Southern District of New York
                Attorney for the United States
                  of America

By: _____
     KATHLEEN A. ZEBROWSKI
     Assistant United States Attorney
     86 Chambers Street
     New York, New York  10007
     Telephone No.:  (212) 637-2710
     Fax No.:            (212) 637-2717